UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**REGINALD CRAIG LAWSON,**

    *Plaintiff,*

    v.

**CITY OF ST. ALBANS, WV,**                             No. 2:24-cv-00186
**KANAWHA COUNTY, WV, and**
**STATE OF WEST VIRGINIA**

    *Defendants.*

## DEFENDANT KANAWHA COUNTY'S MOTION TO DISMISS

COMES NOW Defendant Kanawha County, by counsel, Michael D. Mullins, Carrington N. Napier, and the law firm of Steptoe & Johnson PLLC, and pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, hereby moves to dismiss Plaintiff's Complaint with prejudice as to this Defendant. As demonstrated more thoroughly in this Defendant's Memorandum in Support hereof, filed contemporaneously herewith, Plaintiff has failed to state a claim for which relief may be granted as to this Defendant. Accordingly, this Defendant **MOVES** that Plaintiff's Complaint be **DISMISSED WITH PREJUDICE** as to this Defendant and prays that the same be **GRANTED** along with all other relief to which this Defendant is entitled by law and in the interests of justice.

**SIGNATURE PAGE TO FOLLOW**

**Kanawha County,**
**By counsel,**


/s/  *Michael D. Mullins*
Michael D. Mullins (WVSB No. 7754)
Carrington N. Napier (WVSB No. 14471)
Steptoe & Johnson PLLC
P.O. Box 1588
Charleston, WV 25326-1588
Telephone: (304) 353-8000
Facsimile: (304) 933-8704
Michael.Mullins@steptoe-johnson.com
Carrington.Napier@steptoe-johnson.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**REGINALD CRAIG LAWSON,**

    *Plaintiff,*

    *v.*

    No. 2:24-cv-00186

**CITY OF ST. ALBANS, WV,**
**KANAWHA COUNTY, WV, and**
**STATE OF WEST VIRGINIA**

    *Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May 2024, I filed the foregoing **"Defendant Kanawha County's Motion to Dismiss,"** via the CM/ECF system and also sent a copy of the same to the following parties of record via First Class United States Mail, postage prepaid:

Reginald Craig Lawson
2109 Dorsey Lane
Morgantown, WV 26501
*Plaintiff (pro se)*

    /s/    Michael D. Mullins