**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**REGINALD CRAIG LAWSON,**

    **Plaintiff,**

v.                                                                                          **Civil Action No. 2:24-CV-00186**

**CITY OF ST. ALBANS, WV, *ET AL*.,**

    **Defendants.**

# ORDER

The Defendant, the State of West Virginia, by counsel, (hereinafter, "West Virginia") has filed with the Court and served on the Plaintiff, who is acting *pro se*, its **Motion to Dismiss Plaintiff's Complaint** (ECF No. 17) and supporting **Memorandum of Law** (ECF No. 18).

Accordingly, pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Plaintiff is hereby notified that he has the right to file a response to West Virginia's **Motion** and submit Affidavit(s) or statements subject to the penalties of perjury, exhibits, and/or other legal or factual material supporting his positions and issues in the case as they are challenged by West Virginia in the aforesaid **Motion**. The Plaintiff is advised that actual statements in Affidavits or Declarations submitted by West Virginia will be accepted as true unless the Plaintiff sets forth facts in response indicating the existence of a genuine or actual dispute of fact for trial. In response to West Virginia's **Motion**, the Plaintiff must set out either in his own Affidavit or sworn statement or the Affidavits or sworn statements of other witnesses, specific facts which show that the Plaintiff and West Virginia actually disagree about one or more important and material fact or facts presented by this case. In the Affidavits and exhibits, the Plaintiff should

address, as clearly as possible, the issues and facts stated in the *Motion* and in the Affidavits submitted by West Virginia. If the Plaintiff chooses to file a response in opposition to the *Motion*, it is hereby **ORDERED** that the Plaintiff's response shall be filed with the Clerk of this Court on or before **May 29, 2024**. The Plaintiff shall serve copies of his response in opposition to West Virginia's *Motion* on its counsel.

The Plaintiff is also advised that a failure to respond to West Virginia's *Motion* may result in a recommendation of denial of the relief sought in the Complaint and dismissal of this suit. In preparing a response, the Plaintiff should be aware of the fact that a knowing assertion of a falsehood in order to avoid dismissal could, if proven, constitute perjury punishable by law.

Following service of the Plaintiff's response to West Virginia's *Motion*, if such is filed, West Virginia's will have seven (7) business days within which to file a reply, and the parties are advised that, after the passage of the time provided for a response and a reply, the Court will consider the *Motion* ready for decision.

The Clerk is directed to mail a copy of this Order to the Plaintiff, who is acting *pro se*, and to counsel of record.

ENTER: May 15, 2024.

Omar J. Aboulhosn
United States Magistrate Judge