# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**REGINALD CRAIG LAWSON,**

    Plaintiff,

v.                                                                       **CIVIL ACTION NO. 2:24-cv-00186**
                                                                          Hon. Irene Berger, Judge

**CITY OF ST. ALBANS, WV,**
**KANAWHA COUNTY, WV, STATE**
**OF WEST VIRGINIA,**

    Defendants.

## DEFENDANT CITY OF ST. ALBANS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**COMES NOW** the Defendant, the City of St. Albans ("this Defendant"), by counsel, Caleb B. David, Tyler L. Rittenhouse, and Shuman McCuskey Slicer PLLC, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and moves this Court to dismiss Plaintiff's Complaint, with prejudice, for failure to state a claim upon which relief may be granted. This Defendant moves for dismissal on the grounds that Plaintiff has failed to allege sufficient facts to support claims under the First and Eighth Amendments to the United States Constitution. Additionally, this Defendant moves for dismissal on the grounds that Plaintiff has failed to allege sufficient facts to support a *Monell* claim against this Defendant. Further, to the extent the Court considers Plaintiff's claims, this Defendant is entitled to qualified immunity. In support of its Motion, this Defendant contemporaneously files its Memorandum of Law in Support.

**WHEREFORE**, for the reasons stated fully in its Memorandum of Law in Support of Motion to Dismiss, Defendant the City of St. Albans respectfully requests that this Honorable Court grant its Motion to Dismiss Plaintiff's Complaint, with prejudice. This Defendant requests all other and further relief this Honorable Court deems just and proper.

1

**THE CITY OF ST. ALBANS**
**By counsel,**

/s/ Caleb B. David
Caleb B. David, Esq. (WVSB #12732)
Tyler L. Rittenhouse, Esq. (WVSB #14097)
Shuman McCuskey Slicer PLLC
1411 Virginia Street, East
Post Office Box 3953
Charleston, WV 25339 [25301]
cdavid@shumanlaw.com
trittenhouse@shumanlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**REGINALD CRAIG LAWSON,**

    **Plaintiff,**

v.                                         **CIVIL ACTION NO. 2:24-cv-00186**
                                              **Hon. Irene Berger, Judge**

**CITY OF ST. ALBANS, WV,
KANAWHA COUNTY, WV, STATE
OF WEST VIRGINIA,**

    **Defendants.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May 2024, I caused a true and correct copy of the foregoing ***Defendant City of St. Albans' Motion to Dismiss Plaintiff's Complaint*** to be served on counsel of record by utilizing the Court's ECF System and by placing a copy of same in the regular course of the United States Mail, postage prepaid to *pro se* Plaintiff as follows:

Reginald Craig Lawson
2019 Dorsey Lane
Morgantown, WV 26501
*Pro se Plaintiff*

Michael D. Mullins, Esq. (WVSB #7754)
Carrington N. Napier, Esq. (WVSB #14471)
Steptoe & Johnson PLLC
P.O. Box 1588
Charleston, WV 25326-1588
Michael.Mullins@steptoe-johnson.com
Carrington.Napier@steptoe-johnson.com
*Counsel for Defendant Kanawha County*

                                          /s/ Caleb B. David
                                          Caleb B. David, Esq. (WVSB #12732)
                                          Tyler L. Rittenhouse, Esq. (WVSB #14097)