# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**REGINALD CRAIG LAWSON,**

    *Plaintiff,*

v.

**CITY OF SAINT ALBANS, WV**
**KANAWHA COUNTY, WV, and**
**STATE OF WEST VIRGINIA**

    *Defendants.*

**No. 2:24-cv-00186**
**Hon. Irene Berger, Judge**

## NOTICE OF APPEARANCE

COMES NOW Christopher Robinson of the law firm of Steptoe & Johnson PLLC and enters his appearance as additional counsel of record for Defendant Kanawha County, WV, in the above-styled matter.

Counsel respectfully requests that all future pleadings, correspondence, and orders served and/or filed in this matter be served upon Mr. Robinson at the address below.

    **Kanawha County, WV,**
    **By Counsel:**

**STEPTOE & JOHNSON PLLC**
    Of Counsel

/s/ Chris Robinson (WVSB # 14290)
Michael D. Mullins (WVSB # 7754)
Carrington N. Napier (WVSB # 14471)
Chris Robinson (WVSB # 14290)
707 Virginia Street, East, Fl. 17
P. O. Box 1588
Charleston, WV 25326-1588
Telephone (304)-353-8000
Facsimile (304)-933-8704
michael.mullins@steptoe-johnson.com
carrington.napier@steptoe-johnson.com
chris.robinson@steptoe-johnson.com

23621482.1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**REGINALD CRAIG LAWSON,**

*Plaintiff,*

v.

**CITY OF SAINT ALBANS, WV**
**KANAWHA COUNTY, WV, and**
**STATE OF WEST VIRGINIA**

No. 2:24-cv-00186
Hon. Irene Berger, Judge

*Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September 2024, the foregoing "*Notice of Appearance*" was served upon the following counsel of record via the CM/ECF system.

Reginald Craig Lawson
2109 Dorsey Lane
Morgantown, WV 26501
*Plaintiff (pro se)*

/s/     Chris Robinson

2