IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

REGINALD CRAIG LAWSON,

        Plaintiff,

v.                                    CIVIL ACTION NO.   2:24-cv-00186

CITY OF ST. ALBANS, WV, et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the order adopting Magistrate Judge Aboulhosn's Proposed Findings and Recommendation and dismissing the Plaintiff's complaint, the Court **ORDERS** that this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to Magistrate Judge Aboulhosn, to counsel of record and to any unrepresented party.

                ENTER:    November 25, 2024

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA